UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA J. MARCUS,<br><br>    Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., Et. Al.<br><br>    Defendants. | Case No.: 2:19-cv-01747-R-JPR<br><br>**ORDER TO SHOW CAUSE IN RE PRELIMINARY INJUNCTION**<br><br>Hearing Date: March 27, 2019<br>Time: 10:00 a.m.<br>Courtroom: 880<br>Judge: Real |

TO NATIONSTAR MORTGAGE L.L.C. AND QUALITY LOAN SERVICE

**PLEASE TAKE NOTICE THAT** you are hereby ordered to appear in Courtroom 880 of the United States Courthouse located at 255 East Temple Street, Los Angeles, California 90012, on March 27, 2019 at 10:00 a.m., and show cause why a preliminary injunction should not be issued enjoining Nationstar L.L.C. and Quality Loan Service from foreclosing on the residence located at 592 Santa Rosa Lane, Santa Barbara, California 93018, presently owned by the Marcus Family Trust, of which plaintiff

Cynthia Marcus is trustee, until plaintiff's rights in regards to the property are determined by a trial or some other dispositive court proceeding.

**IT IS HEREBY FURTHER ORDERED** that Defendant file its opposition papers no later than March 22, 2019 at 10:00 a.m., and Plaintiff file her reply papers no later than March 24, 2019 at 10:00 a.m..

Dated: March 19, 2019                    By: _____
                                                                HON. MANUEL REAL
                                                                U.S. DISTRICT JUDGE